**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00408-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LYDIA L. WHITE

      Defendant.

---

**MINUTE ORDER**[1]

---

On **November 1, 2011**, commencing at 10:00 a.m., the court shall conduct a hearing on defendant's **Unopposed Motion To Exclude Time and For Ends of Justice Continuance Under The Speedy Trial Act** [#14][2] filed October 26, 2011. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: October 26, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.